APPEAL, BILL_OF_COSTS, CLOSED, DIVERSITY, SP, UA

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:09-cv-00470-bbc
# Internal Use Only

Denil et al v. deBoer Inc. et al
Assigned to: District Judge Barbara B. Crabb
Referred to: Magistrate Judge Stephen L. Crocker
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/27/2009
Date Terminated: 09/23/2010
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Peter Denil** represented by **Ralph George Burnett**
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
Green Bay , WI 54301
920-437-0476x5513
Fax: 920-437-2868
Email: gb@lcojlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt A. Goehre**
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
Green Bay , WI 54301
920-437-0476x5543
Fax: 920-437-2868
Email: kag@lcojlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Nardella** represented by **Ralph George Burnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt A. Goehre**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**deBoer Inc.** represented by **Donald Karl Schott**
Quarles & Brady
P.O. Box 2113
33 East Main St, Ste 900
Madison , WI 53701
608-283-2426
Email: dks@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Duchemin**
Quarles & Brady
P.O. Box 2113
33 East Main St, Ste 900
Madison , WI 53701
608-251-5000
Fax: 608-294-4916
Email: md9@quarles.com
*ATTORNEY TO BE NOTICED*

**Matthew J Splitek**
Quarles & Brady Llp
33 East Main Street, #900
Po Box 2113
Madison , WI 53701
608-283-2454
Fax: 608-294-4914
Email: Matthew.Splitek@quarles.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**deBoer Transportation Inc.** represented by **Donald Karl Schott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Duchemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J Splitek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**deBoer Capital Associates Inc.** represented by **Donald Karl Schott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Matthew J. Duchemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

          **Matthew J Splitek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald DeBoer**    represented by   **Matthew J. Duchemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

          **Matthew J Splitek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**deBoer Inc.**    represented by   **Donald Karl Schott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Matthew J. Duchemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**deBoer Transportation Inc.**    represented by   **Donald Karl Schott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Matthew J. Duchemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**deBoer Capital Associates Inc.**    represented by   **Donald Karl Schott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Matthew J. Duchemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Peter Denil**

**Counter Defendant**

**Gerald Nardella**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2009 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 0758000000000403926.), filed by all plaintiffs. (Attachments:<br># 1 JS-44 Civil Cover Sheet,<br># 2 Summons,<br># 3 Summons,<br># 4 Summons) (Burnett, Ralph) Modified on 7/29/2009;summons forms not filled out completely (mmo). (Entered: 07/28/2009) |
| 07/28/2009 |  | Case assigned to Chief Judge Barbara B. Crabb and Magistrate Judge Stephen L. Crocker. (rep) (Entered: 07/28/2009) |
| 07/28/2009 |  | Standard attachments for Judge Barbara B. Crabb required to be served on all parties with summons or waiver of service: NORTC, Briefing Guidelines, Corporate Disclosure Statement, Order on Dispositive Motions. (rep) (Entered: 07/28/2009) |
| 07/28/2009 |  | Summons Issued as to deBoer Inc., deBoer Transportation Inc., deBoer Capital Associates Inc. (rep) (Entered: 07/28/2009) |
| 10/29/2009 | 2 | Set Status Conference: Status Conference set for 11/18/2009 at 11:00 AM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264-5153. [Standing Order Governing Preliminary Pretrial Conference attached] (rep) (Entered: 10/29/2009) |
| 11/04/2009 | 3 | SUMMONS Returned Executed by Plaintiffs Peter Denil, Gerald Nardella, Defendant deBoer Inc.. deBoer Inc. served on 11/2/2009, answer due 11/23/2009. (Burnett, Ralph) (Entered: 11/04/2009) |
| 11/04/2009 | 4 | SUMMONS Returned Executed by Plaintiffs Peter Denil, Gerald Nardella, Defendant deBoer Transportation Inc.. deBoer Transportation Inc. served on 11/2/2009, answer due 11/23/2009. (Burnett, Ralph) (Entered: 11/04/2009) |
| 11/04/2009 | 5 | Summons Returned Unexecuted by Plaintiffs Peter Denil, Gerald Nardella, Defendant deBoer Capital Associates Inc. as to deBoer Capital Associates Inc.. (Burnett, Ralph) (Entered: 11/04/2009) |
| 11/12/2009 | 6 | NOTICE of Appearance filed by Donald Karl Schott for Defendants deBoer Inc., deBoer Transportation Inc. (Attachments:<br># 1 Certificate of Service) (Schott, Donald) (Entered: 11/12/2009) |
| 11/12/2009 | 7 | NOTICE of Appearance filed by Matthew J. Duchemin for Defendants deBoer Inc., deBoer Transportation Inc. (Attachments:<br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 11/12/2009) |

| | | | |
|---|---|---|---|
| 11/13/2009 | | 8 | Stipulated MOTION for Extension of Time to File Answer re 1 Complaint, by Defendants deBoer Inc., deBoer Transportation Inc.. Motions referred to Magistrate Judge Stephen L. Crocker.Response due by 11/20/2009. (Attachments:<br># 1 Text of Proposed Order,<br># 2 Certificate of Service) (Duchemin, Matthew) (Entered: 11/13/2009) |
| 11/16/2009 | | 9 | ** TEXT ONLY ORDER **<br>ORDER granting 8 Motion for Extension of Time to Answer. deBoer Inc. answer due 12/1/2009; deBoer Transportation Inc. answer due 12/1/2009; deBoer Capital Associates Inc. answer due 12/1/2009. Signed by Magistrate Judge Stephen L. Crocker on 11/16/09. (rep) (Entered: 11/16/2009) |
| 11/19/2009 | | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Telephone Status Conference held on 11/18/2009 [:15] (cak) (Entered: 11/19/2009) |
| 11/19/2009 | | 10 | PRETRIAL CONFERENCE ORDER - Amendments to Pleadings due by 2/1/2010. Dispositive Motions due by 6/4/2010. Motions in Limine due by 9/24/2010. Response to Motion due by 10/1/2010. Final Pretrial Submissions due 9/30/2010. Final Pretrial Conference set for 10/7/2010 at 04:00 PM. Jury Selection and Trial set for 10/18/2010 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 11/19/09. (rep) (Entered: 11/19/2009) |
| 11/25/2009 | | 11 | NOTICE of Appearance filed by Matthew J. Duchemin for Defendant deBoer Capital Associates Inc. (Attachments:<br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 11/25/2009) |
| 11/25/2009 | | 12 | NOTICE of Appearance filed by Donald Karl Schott for Defendant deBoer Capital Associates Inc. (Attachments:<br># 1 Certificate of Service) (Schott, Donald) (Entered: 11/25/2009) |
| 12/01/2009 | | 13 | ANSWER by Defendants deBoer Inc., deBoer Transportation Inc., deBoer Capital Associates Inc.. (Attachments:<br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 12/01/2009) |
| 12/01/2009 | | 14 | Corporate Disclosure Statement by Defendant deBoer Inc. (Attachments:<br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 12/01/2009) |
| 12/01/2009 | | 15 | Corporate Disclosure Statement by Defendant deBoer Capital Associates Inc. (Attachments:<br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 12/01/2009) |
| 12/01/2009 | | 16 | Corporate Disclosure Statement by Defendant deBoer Transportation Inc. (Attachments:<br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 12/01/2009) |
| 12/01/2009 | | 17 | SUMMONS Returned Executed by Plaintiffs Peter Denil, Gerald Nardella, Defendant deBoer Capital Associates Inc.. deBoer Capital Associates Inc. served on 11/20/2009, answer due 12/11/2009. (Burnett, Ralph) (Entered: 12/01/2009) |
| 02/01/2010 | | 18 | AMENDED COMPLAINT against all defendants, filed by all plaintiffs. (Goehre, Kurt) Modified docket text on 2/1/2010 (krj). Modified on 2/1/2010; asked to file cert. of service. (mmo). (Entered: 02/01/2010) |

| | | |
|---|---|---|
| 02/01/2010 | 19 | Request for Issuance of Summons by Plaintiffs Peter Denil, Gerald Nardella. (Goehre, Kurt) (Entered: 02/01/2010) |
| 02/01/2010 | 20 | Certificate of Service by Plaintiffs Peter Denil, Gerald Nardella re 18 Amended Complaint, 19 Request for Issuance of Summons (Goehre, Kurt) (Entered: 02/01/2010) |
| 02/03/2010 | 21 | Summons Issued as to Ronald DeBoer. (rep) (Entered: 02/03/2010) |
| 02/11/2010 | 22 | Joint Stipulation to Extend Time For Response To Amended Complaint by Plaintiffs Peter Denil, Gerald Nardella, Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc.. (Attachments: <br># 1 Text of Proposed Order Proposed Order, <br># 2 Certificate of Service Certificate of Service) (Duchemin, Matthew) (Entered: 02/11/2010) |
| 02/12/2010 | 23 | ** TEXT ONLY ORDER ** <br>ORDER granting 22 Joint Stipulation to Extend Time For Response To Amended Complaint. Response to amended complaint due 2/22/10. Signed by Magistrate Judge Stephen L. Crocker on 2/12/10. (rep) (Entered: 02/12/2010) |
| 02/12/2010 | | Set/Reset Deadlines: Response to amended complaint due 2/22/2010. (rep) (Entered: 02/12/2010) |
| 02/22/2010 | 24 | ANSWER to Amended Complaint, COUNTERCLAIM against all plaintiffs by Defendants deBoer Inc., deBoer Transportation Inc., deBoer Capital Associates Inc., Plaintiffs Peter Denil, Gerald Nardella. (Attachments: <br># 1 Certificate of Service) (Duchemin, Matthew) (Entered: 02/22/2010) |
| 02/22/2010 | 25 | ANSWER to Amended Complaint by Defendant Ronald DeBoer. (Attachments: # 1 Certificate of Service) (Duchemin, Matthew) (Entered: 02/22/2010) |
| 03/08/2010 | 26 | ANSWER to Counterclaim by Plaintiffs Peter Denil, Gerald Nardella. (Attachments: <br># 1 Certificate of Service) (Goehre, Kurt) (Entered: 03/08/2010) |
| 06/01/2010 | 27 | Stipulation to Amend Scheduling Order and Extend Deadline by Plaintiffs Peter Denil, Gerald Nardella. (Attachments: <br># 1 Proposed Order) (Goehre, Kurt) (Entered: 06/01/2010) |
| 06/01/2010 | 28 | Certificate of Service by Plaintiffs Peter Denil, Gerald Nardella re 27 Stipulation to Amend Scheduling Order and Extend Deadline (Goehre, Kurt) (Entered: 06/01/2010) |
| 06/02/2010 | 29 | ** TEXT ONLY ORDER ** <br>ORDER granting 27 Stipulation to Amend Scheduling Order and Extend Deadline. Dispositive Motions due 6/23/2010. Signed by Magistrate Judge Stephen L. Crocker on 6/2/10. (rep) (Entered: 06/02/2010) |
| 06/22/2010 | 30 | Notice of Appearance filed by Matthew J Splitek for Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. (Splitek, Matthew) Modified on 6/23/2010; requested cert. of service. (mmo). (Entered: 06/22/2010) |

| | | | |
|---|---|---|---|
| 06/23/2010 | 31 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 30 Notice of Appearance (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 32 | **MOTION FOR SUMMARY JUDGMENT** by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc.. Brief in Opposition due 7/14/2010. Brief in Reply due 7/26/2010. (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 33 | Brief in Support by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 34 | Proposed Findings of Fact filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 35 | Declaration of Matthew J. Splitek filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments: # 1 Exhibit A - Selected Pages from Denil Deposition, # 2 Exhibit A - Exhibit 1 to Denil Deposition, # 3 Exhibit A - Exhibit 2 to Denil Deposition, # 4 Exhibit A - Exhibit 3 to Denil Deposition, # 5 Exhibit A - Exhibits 16-17 to Denil Dep., # 6 Exhibit A - Exhibits 20-22 to Denil Dep., # 7 Exhibit A - Exhibits 24, 25, 29 to Denil Dep., # 8 Exhibit B - Selected Pages from Nardella Dep. & Exh. 36, # 9 Exhibit C - Selected Pages from Ron DeBoer Depo., # 10 Exhibit D - Excerpts from Defendants' Supplemental Responses to Plaintiffs' Discovery Requests, # 11 Exhibit E - Selected Pages from Podvin Depo., # 12 Exhibit F - Selected Pages from Condon Depo., # 13 Exhibit G - Selected Pages from Kay DeBoer Deposition) (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 36 | Declaration of Ronald DeBoer filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 37 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 32 MOTION FOR SUMMARY JUDGMENT, 33 Brief in Support, 35 Declaration,,,, 34 Proposed Findings of Fact, 36 Declaration, (Splitek, Matthew) (Entered: 06/23/2010) | |
| 06/23/2010 | 38 | **MOTION FOR PARTIAL SUMMARY JUDGMENT** by Plaintiffs Peter Denil, Gerald Nardella. Brief in Opposition due 7/14/2010. Brief in Reply due | |

| | | |
|---|---|---|
| | | 7/26/2010. (Goehre, Kurt) (Entered: 06/23/2010) |
| 06/23/2010 | 39 | Brief in Support by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 06/23/2010) |
| 06/23/2010 | 40 | Proposed Findings of Fact filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 06/23/2010) |
| 06/23/2010 | 41 | Declaration of Kurt A. Goehre filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments:<br># 1 Deposition Transcript of Ronald DeBoer,<br># 2 Deposition Transcript of Peter Denil,<br># 3 Deposition Transcript of Gerald Nardella,<br># 4 Exhibit Copy of June 16, 2008 email,<br># 5 Exhibit Copy of September 5, 2008 Proposal,<br># 6 Exhibit Deposition Transcript of Francis Podvin,<br># 7 Exhibit Copy of October 8, 2008 email,<br># 8 Exhibit Copy of October 13, 2008 email and Letter of Understanding,<br># 9 Exhibit Copy of October 16, 2008 email,<br># 10 Exhibit Copy of Gerald Nardella's Employment Agreement,<br># 11 Exhibit Copy of Peter Denil's Employment Agreement,<br># 12 Exhibit Copy of Executed Stock Purchase Agreement,<br># 13 Exhibit Copy of email dated October 17, 2008 with draft of Buy-Sell Agreement,<br># 14 Exhibit Copy of email dated January 14, 2009 with draft of Buy-Sell Agreement,<br># 15 Exhibit Copy of email dated April 8, 2009,<br># 16 Exhibit Copy of email and January 30, 2009 draft of Buy-Sell Agreement,<br># 17 Exhibit Copy of email and February 20, 2009 draft of Buy-Sell Agreement,<br># 18 Exhibit Copy of email dated March 17, 2009,<br># 19 Exhibit Copy of email and March 19, 2009 draft of Buy-Sell Agreement,<br># 20 Exhibit Copy of notes dated April 13, 2009,<br># 21 Exhibit Copy of notes dated April 15, 2009,<br># 22 Exhibit Copy of Plaintiffs' plan for April 15, 2009 meeting,<br># 23 Exhibit Copy of Plaintiffs' detailed list for meeting on April 15, 2009,<br># 24 Exhibit Copy of email dated June 26, 2008,<br># 25 Exhibit Copy of email dated July 30, 2008,<br># 26 Exhibit Copy of email dated August 21, 2008,<br># 27 Exhibit Copy of email dated July 8, 2008,<br># 28 Exhibit Defendants' Answer to First Amended Complaint,<br># 29 Exhibit Copy of email and October 16, 2008 draft of Stock Purchase Agreement,<br># 30 Exhibit Copy of email and October 23, 2008 draft of Stock Purchase Agreement) (Goehre, Kurt) (Entered: 06/23/2010) |
| 06/23/2010 | 42 | Declaration of Peter Denil filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 06/23/2010) |

| | | |
|---|---:|---|
| 06/23/2010 | 43 | Declaration of Gerald Nardella filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 06/23/2010) |
| 06/23/2010 | 44 | Certificate of Service by Plaintiffs Peter Denil, Gerald Nardella re 41 Declaration, 42 Declaration, 38 MOTION FOR PARTIAL SUMMARY JUDGMENT, 40 Proposed Findings of Fact, 39 Brief in Support, 43 Declaration (Goehre, Kurt) Modified on 6/24/2010 (mmo). (Entered: 06/23/2010) |
| 07/14/2010 | 45 | Brief in Opposition by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 46 | Response to Proposed Findings of Fact filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 47 | Proposed Findings of Fact filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 48 | Disregard-refiled as doc. #62; Second Declaration Splitek; asked to refile with exhibits attached separately with a brief description for each one (mmo). (Entered: 07/14/2010) |
| 07/14/2010 | 49 | Brief in Opposition by Plaintiffs Peter Denil, Gerald Nardella re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Goehre, Kurt) (Entered: 07/14/2010) |
| 07/14/2010 | 50 | Second Declaration of Ronald DeBoer filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 51 | Response to Proposed Findings of Fact filed by Plaintiffs Peter Denil, Gerald Nardella re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Goehre, Kurt) (Entered: 07/14/2010) |
| 07/14/2010 | 52 | Declaration of Kay DeBoer filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments:<br># 1 Exhibit A-Notes from 11/3/08 strategy meeting) (Splitek, Matthew) Modified on 7/15/2010; added exhibit description (mmo). (Entered: 07/14/2010) |
| 07/14/2010 | 53 | Supplemental Proposed Findings of Fact filed by Plaintiffs Peter Denil, Gerald Nardella re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Goehre, Kurt) (Entered: 07/14/2010) |

| | | |
|---|---|---|
| 07/14/2010 | 54 | Declaration of John A. Damrau filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 55 | Declaration of Larry Hartung filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 56 | Declaration of David A. Anderson filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 07/14/2010) |
| 07/14/2010 | 57 | Declaration of Francis J. Podvin filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments:<br># 1 Exhibit A-10/22/08 Email and attachment) (Splitek, Matthew) Modified on 7/15/2010; added exhibit description (mmo). (Entered: 07/14/2010) |
| 07/14/2010 | 58 | Declaration of Rose Donnerbauer filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments:<br># 1 Exhibit A-10/6/08 Email and attachment) (Splitek, Matthew) Modified on 7/15/2010; added exhibit description (mmo). (Entered: 07/14/2010) |
| 07/14/2010 | 59 | Second Declaration of Kurt A. Goehre filed by Plaintiffs Peter Denil, Gerald Nardella *In Opposition* re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments:<br># 1 Exhibit Kay DeBoer's handwritten notes,<br># 2 Exhibit Deposition of Gerald C. Condon,<br># 3 Exhibit Minutes of special meeting of Board of Directors and Shareholders dated April 24, 2009,<br># 4 Exhibit Deposition of Ronald DeBoer,<br># 5 Exhibit Pete Denil's notes from February 24, 2009 phone call with Ronald DeBoer,<br># 6 Exhibit Email from Pete Denil to Francis Podvin,<br># 7 Exhibit Deposition of Peter Denil,<br># 8 Exhibit Handwritten notes from Shareholder's meeting of April 16, 2009) (Goehre, Kurt) (Entered: 07/14/2010) |
| 07/14/2010 | 60 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 45 Brief in Opposition, 58 Declaration, 46 Response to Proposed Findings of Fact, 48 Declaration, 54 Declaration, 56 Declaration, 52 Declaration, 47 Proposed Findings of Fact, 57 Declaration, 55 Declaration, 50 Declaration (Splitek, Matthew) (Entered: 07/14/2010) |

| | | | |
|---|---|---|---|
| 07/14/2010 | 61 | Certificate of Service by Plaintiffs Peter Denil, Gerald Nardella re 51 Response to Proposed Findings of Fact, 53 Proposed Findings of Fact, 59 Declaration,,, 49 Brief in Opposition (Goehre, Kurt) (Entered: 07/14/2010) | |
| 07/15/2010 | 62 | Second Declaration of Matthew J. Splitek filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments: <br># 1 Exhibit A - Emails produced by Plaintiffs, <br># 2 Exhibit B - Email produced by Plaintiffs, <br># 3 Exhibit C - Pages from deposition of Francis J. Podvin, <br># 4 Exhibit D - Email marked as Exhibit 58 at deposition of Francis J. Podvin, <br># 5 Exhibit E - Memorandum marked as Exhibit 59 at the deposition of Francis J. Podvin, <br># 6 Exhibit F - pages from the deposition of Peter J. Denil, <br># 7 Exhibit G - pages from the deposition of John A. Damrau, <br># 8 Exhibit H - pages from Plaintiffs' Response to Defendants First Set of Written Discovery Requests) (Splitek, Matthew) Modified on 7/16/2010; exhibit description (mmo). (Entered: 07/15/2010) | |
| 07/15/2010 | 63 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 62 Declaration,,, (Splitek, Matthew) (Entered: 07/15/2010) | |
| 07/26/2010 | 64 | Brief in Reply in Support re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 07/26/2010) | |
| 07/26/2010 | 65 | Reply in Support of Proposed Findings of Fact filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 07/26/2010) | |
| 07/26/2010 | 66 | Response to Proposed Findings of Fact filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 07/26/2010) | |
| 07/26/2010 | 67 | Third Declaration of Matthew J. Splitek filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments: # 1 Exhibit A - Select Pages from Deposition of Kay DeBoer) (Splitek, Matthew) (Entered: 07/26/2010) | |
| 07/26/2010 | 68 | Third Declaration of Ronald DeBoer filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 07/26/2010) | |

| Date | # | Description |
|---|---|---|
| 07/26/2010 | 69 | Declaration of Brent R. Drapeau filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 32 MOTION FOR SUMMARY JUDGMENT filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 07/26/2010) |
| 07/26/2010 | 70 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 65 Reply in Support of Proposed Findings of Fact, 68 Declaration, 67 Declaration, 66 Response to Proposed Findings of Fact, 64 Brief in Reply, 69 Declaration, (Splitek, Matthew) (Entered: 07/26/2010) |
| 07/26/2010 | 71 | Brief in Reply in Support re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 07/26/2010) |
| 07/26/2010 | 72 | Declaration of Kurt A. Goehre filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments:<br># 1 Exhibit A-Feb. 28, 2008 correspondence pertaining to 2007 liability,<br># 2 Exhibit B- Plaintiffs' Supplemental Responses to Defendants' First Set of Written Discovery Requests,<br># 3 Exhibit C-Deposition of Ronald DeBoer,<br># 4 Exhibit D-Deposition of Francis J. Podvin) (Goehre, Kurt) Modified on 7/27/2010; added exhibit Letters. (mmo). (Entered: 07/26/2010) |
| 07/26/2010 | 73 | Second Declaration of Peter Denil filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Attachments:<br># 1 Exhibit December 18, 2008 email from Peter Denil to Francis Podvin) (Goehre, Kurt) (Entered: 07/26/2010) |
| 07/26/2010 | 74 | Second Declaration of Gerald Nardella filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 07/26/2010) |
| 07/26/2010 | 75 | Declaration of Janice Nardella filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 07/26/2010) |
| 07/26/2010 | 76 | Supplemental Response to Proposed Findings of Fact filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 07/26/2010) |
| 07/26/2010 | 77 | Reply in Support of Proposed Findings of Fact filed by Plaintiffs Peter Denil, Gerald Nardella re: 38 MOTION FOR PARTIAL SUMMARY JUDGMENT filed by Peter Denil, Gerald Nardella (Goehre, Kurt) (Entered: 07/26/2010) |
| 07/26/2010 | 78 | Certificate of Service by Plaintiffs Peter Denil, Gerald Nardella re 74 Declaration, 76 Response to Proposed Findings of Fact, 72 Declaration, 77 Reply in Support of Proposed Findings of Fact, 73 Declaration, 75 Declaration, 71 Brief in Reply (Goehre, Kurt) (Entered: 07/26/2010) |

| | | | |
|---|---|---|---|
| 08/02/2010 | 79 | Stipulated Motion for Protective Order by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc.. (Attachments:<br># 1 Text of Proposed Order Order,<br># 2 Exhibit Exhibit A to Stipulated Protective Order) (Splitek, Matthew) (Entered: 08/02/2010) | |
| 08/02/2010 | 80 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. (Splitek, Matthew) (Entered: 08/02/2010) | |
| 08/03/2010 | 81 | ** TEXT ONLY ORDER **<br>The parties' stipulated protective order 79 is accepted and entered with this edit: on page 2, line 2, the phrase "that party in good faith believes" is deleted so that the definition of "confidential material" is objective, not subjective, as required by circuit law. Signed by Magistrate Judge Stephen L. Crocker on 8/3/10. (rep) Modified on 9/1/2010 (llj). (Entered: 08/03/2010) | |
| 08/30/2010 | 82 | Motion to Strike *Expert Witness Testimony* by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc..Response due 9/7/2010. (Splitek, Matthew) (Entered: 08/30/2010) | |
| 08/30/2010 | 83 | Brief in Support by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Splitek, Matthew) (Entered: 08/30/2010) | |
| 08/30/2010 | 84 | Declaration of Matthew J. Duchemin filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments:<br># 1 Exhibit A - Disclosure of Expert Witness dated 7.1.10,<br># 2 Exhibit B - 8.4.10 Deposition of S. Bischel,<br># 3 Exhibit C - S. Bischel Expert Report,<br># 4 Exhibit D - 5.18.10 Deposition of P. Denil) (Splitek, Matthew) Modified on 8/31/2010; asked to refile depositions of Denil and Bischel as separate documents. Expert report/Expert witness are plaintiff's. Modified on 8/31/2010 (mmo). (Entered: 08/30/2010) | |
| 08/30/2010 | 85 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 82 Motion to Strike *Expert Witness Testimony* (Splitek, Matthew) (Entered: 08/30/2010) | |
| 08/31/2010 | 86 | Deposition of Peter Denil taken on May 18, 2010 (Splitek, Matthew) (Entered: 08/31/2010) | |
| 08/31/2010 | 87 | Deposition of Stephen Bischel taken on August 4, 2010 (Splitek, Matthew) (Entered: 08/31/2010) | |
| 08/31/2010 | 88 | Deposition of Gerald Nardella taken on May 18, 2010 (Splitek, Matthew) (Entered: 08/31/2010) | |
| 08/31/2010 | 89 | Deposition of Gerald Condon taken on May 26, 2010 (Splitek, Matthew) (Entered: 08/31/2010) | |

| | | |
|---|---:|---|
| 08/31/2010 | 90 | Deposition of John A. Damrau taken on 5/19/10 (Goehre, Kurt) (Entered: 08/31/2010) |
| 08/31/2010 | 91 | Deposition of Ronald DeBoer taken on 05/19/10 (Goehre, Kurt) (Entered: 08/31/2010) |
| 08/31/2010 | 92 | Deposition of Kay DeBoer taken on 05/19/10 (Goehre, Kurt) (Entered: 08/31/2010) |
| 08/31/2010 | 93 | Deposition of Francis J. Podvin taken on 06/10/10 (Goehre, Kurt) (Entered: 08/31/2010) |
| 09/07/2010 | 94 | Brief in Opposition by Plaintiffs Peter Denil, Gerald Nardella re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Goehre, Kurt) (Entered: 09/07/2010) |
| 09/07/2010 | 95 | Declaration of Kurt A. Goehre filed by Plaintiffs Peter Denil, Gerald Nardella re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments: # 1 Exhibit Excerpts from deposition of Stephen J. Bischel, # 2 Exhibit CV of Stephen J. Bischel, # 3 Exhibit Report from Stephen J. Bischel, # 4 Exhibit Excerpts from Deposition of Peter Denil, # 5 Exhibit Exerpts from Deposition of Gerald Nardella, # 6 Exhibit Excerpts from Deposition of William O. Evenson, # 7 Exhibit Plaintiffs' First Set of Discovery Requests) (Goehre, Kurt) (Entered: 09/07/2010) |
| 09/07/2010 | 96 | Declaration of Stephen J. Bischel filed by Plaintiffs Peter Denil, Gerald Nardella re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Goehre, Kurt) (Entered: 09/07/2010) |
| 09/07/2010 | 97 | Declaration of Peter Denil filed by Plaintiffs Peter Denil, Gerald Nardella re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments: # 1 Exhibit Internal Memorandum, # 2 Exhibit Press Release, # 3 Exhibit Internal Driver Announcement) (Goehre, Kurt) (Entered: 09/07/2010) |
| 09/07/2010 | 98 | Declaration of Gerald Nardella filed by Plaintiffs Peter Denil, Gerald Nardella re: 82 Motion to Strike *Expert Witness Testimony* filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Goehre, Kurt) (Entered: 09/07/2010) |
| 09/07/2010 | 99 | Certificate of Service by Plaintiffs Peter Denil, Gerald Nardella re 98 Declaration, 94 Brief in Opposition, 97 Declaration, 96 Declaration, 95 Declaration,, (Goehre, Kurt) (Entered: 09/07/2010) |
| 09/14/2010 | 100 | Deposition of William O. Evenson taken on 09-02-10 (Goehre, Kurt) (Entered: 09/14/2010) |

| | | | |
|---|---|---|---|
| 09/16/2010 | | 101 | Joint Stipulation to Extend Discovery Deadline by Plaintiffs Peter Denil, Gerald Nardella. (Goehre, Kurt) (Entered: 09/16/2010) |
| 09/16/2010 | | 102 | Notice of Withdrawal of Motion by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 101 Joint Stipulation to Extend Discovery Deadline filed by Peter Denil, Gerald Nardella. (Splitek, Matthew) (Entered: 09/16/2010) |
| 09/22/2010 | | 103 | ORDER granting 32 Motion for Summary Judgment. ; granting in part and denying in part 38 Motion for Partial Summary Judgment ; denying as unnecessary 82 Motion to Exclude Expert Testimony. Signed by District Judge Barbara B. Crabb on 9/22/10. (rep) (Entered: 09/22/2010) |
| 09/23/2010 | | 104 | JUDGMENT entered granting defendants' motion for summary judgment and dismissing all of plaintiffs' claims and granting plaintiffs' motion for partial summary judgment and dismissing defendants' counterclaims. ( PAO). (rep) (Entered: 09/23/2010) |
| 09/29/2010 | 📎 | 105 | Bill of Costs by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc.. Motions referred to Magistrate Judge Stephen L. Crocker. Objection to Bill of Costs due 10/12/2010. Brief in Support to Bill of Costs due 10/19/2010. Brief in Reply in Opposition to Bill of Costs due 10/25/2010. (Splitek, Matthew) (Entered: 09/29/2010) |
| 09/29/2010 | | 106 | Declaration of Matthew J. Splitek filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 105 Bill of Costs filed by Ronald DeBoer, deBoer Capital Associates Inc., deBoer Transportation Inc., deBoer Inc. (Attachments:<br># 1 Exhibit In-House Copy Costs,<br># 2 Exhibit Outside Vendor Copy Costs,<br># 3 Exhibit Deposition Costs) (Splitek, Matthew) (Entered: 09/29/2010) |
| 09/30/2010 | | 107 | NOTICE OF APPEAL by Plaintiffs Peter Denil, Gerald Nardella, Counter Defendants Peter Denil, Gerald Nardella as to 104 Judgment. Filing fee of $ 455, receipt number 07580000000000626200 paid. Docketing Statement filed. (Attachments:<br># 1 Docketing Statement) (Burnett, Ralph) (Entered: 09/30/2010) |
| 09/30/2010 | | 108 | Appeal Information Packet (mmo) (Entered: 09/30/2010) |
| 09/30/2010 | | 109 | Transmission of Notice of Appeal, Docketing Statement, Appeal Information Sheet, Docket Sheet and Judgment to US Court of Appeals re 107 Notice of Appeal, (Attachments:<br># 1 Info Sheet,<br># 2 Docketing Statement,<br># 3 Order,<br># 4 Judgment,<br># 5 Docket Sheet) (mmo) (Entered: 09/30/2010) |
| 10/01/2010 | 📎 | 110 | Bill of Costs by Plaintiffs Peter Denil, Gerald Nardella. Motions referred to Magistrate Judge Stephen L. Crocker. Objection to Bill of Costs due 10/12/2010. Brief in Support to Bill of Costs due 10/21/2010. Brief in Reply in Opposition to Bill of Costs due 10/26/2010. (Goehre, Kurt) (Entered: 10/01/2010) |

| | | |
|---|---|---|
| 10/01/2010 | 111 | Declaration of Kurt A. Goehre filed by Plaintiffs Peter Denil, Gerald Nardella re: 110 Bill of Costs filed by Peter Denil, Gerald Nardella (Attachments: <br> # 1 Exhibit Filing Fee to Clerk, <br> # 2 Exhibit Service Fees, <br> # 3 Exhibit Deposition fees) (Goehre, Kurt) (Entered: 10/01/2010) |
| 10/05/2010 | 112 | Transcript Request Form by Plaintiffs Peter Denil, Gerald Nardella re 107 Notice of Appeal, (Goehre, Kurt) (Entered: 10/05/2010) |
| 10/06/2010 | 113 | Objection to Bill of Costs by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 110 Bill of Costs filed by Peter Denil, Gerald Nardella (Splitek, Matthew) (Entered: 10/06/2010) |
| 10/06/2010 | 114 | Declaration of Matthew J. Splitek filed by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re: 110 Bill of Costs filed by Peter Denil, Gerald Nardella (Attachments: <br> # 1 Exhibit Defendants Supplemental Rule 26(a)(1) Initial Disclosures, <br> # 2 Exhibit Plaintiffs' [Supplemental] Rule 26 Initial Disclosures) (Splitek, Matthew) (Entered: 10/06/2010) |
| 10/06/2010 | 115 | Certificate of Service by Defendants deBoer Inc., deBoer Transportation Inc., Ronald DeBoer, deBoer Capital Associates Inc. re 113 Objection to Bill of Costs, 114 Declaration, (Splitek, Matthew) (Entered: 10/06/2010) |
| 10/19/2010 | 116 | Brief in Support re: 110 Bill of Costs filed by Peter Denil, Gerald Nardella (Goehre, Kurt) Modified on 10/22/2010 (rep). (Entered: 10/19/2010) |
| 10/19/2010 | 117 | Declaration of Kurt A. Goehre filed by Plaintiffs Peter Denil, Gerald Nardella re: 110 Bill of Costs filed by Peter Denil, Gerald Nardella (Attachments: <br> # 1 Exhibit American Jurisprudence, Second Edition) (Goehre, Kurt) (Entered: 10/19/2010) |
| 10/22/2010 | 118 | CROSS NOTICE OF APPEAL by Counter Claimants deBoer Inc., deBoer Transportation Inc., deBoer Capital Associates Inc. as to 104 Judgment. Filing fee of $ 455, receipt number 07580000000000642950 paid. Docketing Statement filed. (Attachments: <br> # 1 Docketing Statement) (Duchemin, Matthew) (Entered: 10/22/2010) |